IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DERRICK HARDY**                                                                                  **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 2:23-cv-111-TBM-RPM**

**NATIONAL RENT TO OWN, INC.,**
*doing business as National Sales and Lease*;
**OHIO SECURITY INSURANCE COMPANY**                       **DEFENDANT**

## FINAL JUDGMENT

Pursuant to the Order issued this date and incorporated herein by reference,

IT IS ORDERED AND ADJUDGED that this matter is REMANDED to the Circuit Court of Forrest County, Mississippi. This CASE is CLOSED.

This, the 14th day of November, 2023.

                                                            TAYLOR B. McNEEL
                                                            UNITED STATES DISTRICT JUDGE